ACCEPTED
03-14-00575-CR
3652593
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 3:12:31 PM
JEFFREY D. KYLE
CLERK

CASE NO. 03-14-00575-CR

| KELLY JAMES McCARTY | § | IN THE COURT OF APPEALS |
| Appellant | | |
| | | |
| VS. | § | THIRD DISTRICT OF TEXAS |
| | | |
| THE STATE OF TEXAS, | | |
| Appellee | § | SITTING IN AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 3:12:31 PM
JEFFREY D. KYLE
Clerk

## APPELLEE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES The State of Texas, by and through her assistant district attorney, hereinafter called Appellee, and files this First Motion For Extension of Time to File Brief and for such would show:

I.

Appellee's brief was due to be filed on January 02, 2015.

II.

The undersigned is responsible for a large caseload including all appellate matters and post conviction writ applications, all matters related to the prosecution of asset seizure and forfeiture, and all matters related to extradition within the four counties of the 33rd and 424th Judicial Districts, together with a proportionate share of the criminal prosecution of all criminal matters within Llano, Blanco, and San Saba counties. While having completed one brief in December with a second brief almost complete, the undersigned became ill requiring hospitalization for two days just before Christmas. Between recuperation and vacation, the undersigned did not return to work until the date of this motion.

1

## III.

The undersigned has in this case, reviewed the Appellant's Brief, has outlined the applicable replies, and is in the process of completing the needed research and preparing the actual brief.

## IV.

The undersigned appellate counsel believes that the appellate brief can be prepared and filed on or before February 15, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellee prays the Court grant this motion and extend the time in which to file Appellee's Brief until February 15, 2014.

Respectfully submitted,

OFFICE OF DISTRICT ATTORNEY
33RD & 424TH JUDICIAL DISTRICTS
Sam Oatman, District Attorney
P. O. Box 725
Llano, Texas 78643
Telephone          Telecopier
(325) 247-5755     (325) 247-5274

By:
Gary W. Bunyard
Assistant District Attorney
State Bar No. 03353500
g.bunyard@co.llano.tx.us
ATTORNEY FOR THE STATE OF TEXAS

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument, together with this proof of service hereof, has been forwarded on January 5, 2015, to Kelly McCarty, Appellant Pro Se, by email/EServe.

Gary W. Bunyard